UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAT CASON-MERENDA and JEFFREY A.
SUHRE on behalf of themselves and others
similarly situated,

                  Plaintiffs,

v.

DETROIT MEDICAL CENTER, HENRY
FORD HEALTH SYSTEM, MOUNT
CLEMENS GENERAL HOSPITAL, INC., ST.
JOHN'S HEALTH, OAKWOOD
HEALTHCARE, INC., BON SECOURS
COTTAGE HEALTH SERVICES, WILLIAM
BEAUMONT HOSPITAL d.b.a. BEAUMONT
HOSPITALS, and TRINITY HEALTH CORP.,

                  Defendants.

Case No. 06-15601

Hon. Gerald E. Rosen

Magistrate: Donald A. Scheer

**MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

Plaintiffs respectfully request leave of the Court to file the following motions and accompanying exhibits, where applicable, under seal:

- **Plaintiffs' Memorandum in Opposition to Certain Defendants' Motion to Defer Consideration of Plaintiffs' Motion for Preliminary Approval of Settlement with Oakwood**
- **Declaration of Raymond J. Farrow in Support of Plaintiffs' Opposition to Motion to Defer Consideration of Plaintiffs' Motion for Preliminary Approval of Settlement**

PLAINTIFFS' MOTION FOR LEAVE
TO DOCUMENTS UNDER SEAL PURSUANT
TO PROTECTIVE ORDER

1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**with Oakwood**

These motions reference and/or attach documents designated as confidential by the Defendants. Pursuant to Section 3 of the Stipulation and Protective Order Governing the Production and Exchange of Confidential Information ("Protective Order"), these materials are to be filed under seal. Public, redacted copies will be filed as required by ¶ 3 of the Protective Order.

Plaintiffs file this Motion under Local Rule 5.3(b) seeking leave of Court for sealing these filings. Plaintiffs request that these documents be maintained under seal until such time as the Court has ruled on this Motion. A proposed order is submitted herewith.

DATED this 29th day of June, 2009.

    KELLER ROHRBACK L.L.P.

    By  s/ Raymond J. Farrow
    Mark A. Griffin
    Raymond J. Farrow
    Lorraine Lewis Phillips
    KELLER ROHRBACK LLP
    1201 Third Avenue, Suite 3200
    Seattle, WA  98101
    Tel :  206-623-1900
    Fax :  206-623-3384

    *Attorneys for Plaintiffs*

PLAINTIFFS' MOTION FOR LEAVE
TO DOCUMENTS UNDER SEAL PURSUANT
TO PROTECTIVE ORDER

2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PAT CASON-MERENDA and JEFFREY A. SUHRE on behalf of themselves and others similarly situated,<br><br>          Plaintiffs,<br><br>  v.<br><br>DETROIT MEDICAL CENTER, HENRY FORD HEALTH SYSTEM, MOUNT CLEMENS GENERAL HOSPITAL, INC., ST. JOHN'S HEALTH, OAKWOOD HEALTHCARE, INC., BON SECOURS COTTAGE HEALTH SERVICES, WILLIAM BEAUMONT HOSPITAL d.b.a. BEAUMONT HOSPITALS, and TRINITY HEALTH CORP.,<br><br>          Defendants. | Case No. 06-15601<br><br>Hon. Gerald E. Rosen<br><br>Magistrate: Donald A. Scheer |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2009 I served the attached document(s) on the parties listed below as indicated:

**Via ECF:**

| | | |
|---|---|---|
| Alethea A. Wilson | Charles N. Raimi | Patricia C. Schabath |
| Sandra D. Hauser | Amy J. Carletti | David Marx, Jr. |
| David L. Hanselman, Jr. | Stephen Y. Wu | Terrence J. Miglio |
| Gouri G. Sashital | David A. Ettinger | Peter E. Boivin |
| Jill L. Marr | Margo Weinstein | Christopher Q. King |
| Corey M. Shapiro | Howard B. Iwrey | Fred K. Herrmann |
| Shari Ross Lahlou | Bethany M. Wimsatt | Thomas M.J. Hathaway |
| David A. Hardesty | Bruce L. Sendek | Michael R. Shumaker |
| Toby G. Singer | Michael R. Turco | Mark T. Nelson |
| Sheldon H. Klein | Cathrine F. Wenger | |
| David B. Gunsberg | | |

                      s/ Raymond J. Farrow
                      Raymond J. Farrow

PLAINTIFFS' MOTION FOR LEAVE
TO DOCUMENTS UNDER SEAL PURSUANT
TO PROTECTIVE ORDER

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384