UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PAT CASON-MERENDA and JEFFREY A. SUHRE on behalf of themselves and others similarly situated, ) ) ) | Case No. 06-15601 |
| Plaintiffs, ) | |
| v. ) ) | Hon. Gerald E. Rosen |
| DETROIT MEDICAL CENTER, HENRY FORD HEALTH SYSTEM, MOUNT CLEMENS GENERAL HOSPITAL, INC., ST. JOHN HEALTH, OAKWOOD HEALTHCARE INC., BON SECOURS COTTAGE HEALTH SERVICES, WILLIAM BEAUMONT HOSPITAL and TRINITY HEALTH CORP. ) ) ) ) ) ) ) ) ) | Magistrate: Hon. Donald A. Scheer |
| Defendants. ) ) | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

The above-entitled Court having received and reviewed Plaintiffs' Motion to File Under Seal Pursuant to Stipulated Protective Order and any responses thereto, makes the following ruling:

IT IS ORDERED that the motion is GRANTED and the following documents are ordered filed under seal:

- **PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF REVISED SETTLEMENT WITH ST. JOHN HEALTH**

- **DECLARATION OF MARK A. GRIFFIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF REVISED SETTLEMENT WITH ST. JOHN HEALTH, EXHIBITS A-H**

- 2 -

Ordered this   2nd   day of   September  , 2009.


s/Gerald E. Rosen
**HONORABLE GERALD E. ROSEN**
**CHIEF, UNITED STATES DISTRICT COURT JUDGE**


Presented by:

KELLER ROHRBACK L.L.P.


By: s/Raymond J. Farrow
   Mark A. Griffin
   Tana Lin
   Raymond J. Farrow
   1201 Third Avenue, Suite 3200
   Seattle WA 98101
   Tel: 206-623-1900
   Fax: 206-623-3384

*Attorneys for Plaintiffs*