UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAT CASON-MERENDA and JEFFREY A. SUHRE on behalf of themselves and others similarly situated,

Plaintiffs,

v.

DETROIT MEDICAL CENTER, HENRY FORD HEALTH SYSTEM, MOUNT CLEMENS GENERAL HOSPITAL, INC., ST. JOHN'S HEALTH, OAKWOOD HEALTHCARE, INC., BON SECOURS COTTAGE HEALTH SERVICES, WILLIAM BEAUMONT HOSPITAL d.b.a. BEAUMONT HOSPITALS, and TRINITY HEALTH CORP.,

Defendants.

Case No. 06-15601

Hon. Gerald E. Rosen

Magistrate:  Donald A. Scheer

**ORDER GRANTING
MOTION TO WITHDRAW**

On this day came to be considered Plaintiffs' Motion to Withdraw.

The Court, after reviewing the Motion, hereby ORDERS that Plaintiffs' Motion to Withdraw Docket Number 321 (and accompanying documents 322-323) is GRANTED.

Ordered this   15th  day of    October   2009.

s/Gerald E. Rosen
HONORABLE GERALD E. ROSEN
CHIEF, U. S.  DISTRICT COURT JUDGE

1

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION TO WITHDRAW

Presented by:

KELLER ROHRBACK L.L.P.


By /s/ Mark A. Griffin
    Mark A. Griffin
    Tana Lin
    Raymond J. Farrow
    1201 Third Avenue, Suite 3200
    Seattle WA 98101
    Tel: 206-623-1900
    Fax: 206-623-3384

*Attorneys for Plaintiffs*