UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAT CASON-MERENDA and
JEFFREY A. SUHRE on behalf of
themselves and all others similarly situated,

        Plaintiffs,

-v-

DETROIT MEDICAL CENTER,
HENRY FORD HEALTH SYSTEM,
MC LAREN HEALTH CARE CORP, d/b/a
MOUNT CLEMENS REGIONAL MEDICAL
CENTER, f/k/a MOUNT CLEMENS GENERAL
OAKWOOD HEALTHCARE INC., BON
SECOURS COTTAGE HEALTH SERVICES,
WILLIAM BEAUMONT HOSPITAL, and
TRINITY HEALTH CORP.,

        Defendants.

CASE NO.: 2:06-cv-15601

Hon. Gerald E. Rosen
Magistrate: Donald A. Scheer

_____/

**DETROIT MEDICAL CENTER'S MOTION FOR LEAVE
TO FILE DMC'S REPLY BRIEF IN SUPPORT OF ITS MOTION SEEKING
DEFERRAL OF PLAINTIFFS' MOTIONS FOR PRELIMINARY APPROVAL OF
CLASS SETTLEMENTS OR, AT A MINIMUM, DEFERRAL OF CLASS NOTICE
<u>UNDER SEAL PURSUANT TO PROTECTIVE ORDER</u>**

Pursuant to U.S. District Court for the Eastern District of Michigan Local Rule 5.3(b)(2) and Section 3 of the Stipulation and Protective Order Governing the Production and Exchange of Confidential Information, [D.E. 61] ("Protective Order"), Detroit Medical Center (DMC) respectfully requests this Court to seal its reply brief in support of Detroit Medical Center's motion seeking deferral of plaintiffs' motions for preliminary approval of class settlements or, at a minimum, deferral of class notice ("Reply Brief") and the accompanying exhibits to the Brief.

The Reply Brief contains confidential information and references exhibits bearing confidentiality designations that are subject to the Protective Order.  Section 3 of the Protective Order requires parties to file confidential information under seal.  (*See* D.E. 61 at 7-8).

Accordingly, DMC respectfully requests that this Court enter an order sealing the Reply Brief and accompanying exhibits.  A proposed order is submitted herewith.

          DETROIT MEDICAL CENTER,
          LEGAL AFFAIRS


          By: /s/ Charles N. Raimi
          Charles N. Raimi (P29746)
          Attorney for defendant, Detroit Medical Center
          4707 St. Antoine, Suite W514
          Detroit, MI  48201
          E-Mail:  craimi@dmc.org
          (313) 966-2226

Dated:  December 4, 2009

**CERTIFICATE OF SERVICE**

I, Charles N. Raimi, an attorney of record in this case, hereby certify that I have caused a copy of the foregoing to be served electronically on the following counsel of record this 4th day of December, 2009.

| | |
|---|---|
| Stephen F. Wasinger<br>STEPHEN F. WASINGER PLC<br>26862 Woodward Avenue, Suite 100<br>Royal Oak, MI  48067-0958<br>E-mail:  sfw@sfwlaw.com<br>Counsel for plaintiffs | Mark A. Griffin<br>Keller Rohrback<br>1201 Third Avenue, Suite 3200<br>Seattle, WA  98101<br>E-mail:  mgriffin@kellerrohrback.com,<br>Counsel for plaintiffs |
| Charles P. Tompkins<br>COHEN, MILSTEIN, HAUSFELD & TOLL<br>1100 New York Avenue NW<br>West Tower, Suite 500<br>Washington, DC  20005<br>E-mail:  ctompkins@cmht.com<br>Counsel for plaintiffs | David P. Dean<br>JAMES & HOFFMAN<br>1101 17th Street, N.W., Suite 510<br>Washington, DC  20036<br>E-mail:  dpdean@jamhoff.com<br>Counsel for plaintiffs |
| David Marx, Jr.<br>McDERMOTT, WILL & EMERY<br>227 W. Monroe Street<br>Chicago, IL  60606<br>E-mail:  dmarx@mwe.com,<br>Counsel for Henry Ford Health System | David A. Ettinger<br>HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>660 Woodward Avenue, Suite 2290<br>Detroit, MI  48226-3506<br>E-mail:  dettinger@honigman.com,<br>Counsel for McLaren Health Care Corp. |
| Howard B. Iwrey<br>DYKEMA GOSSETT<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI  48304-2820<br>E-mail:  hiwrey@dykema.com<br>Counsel for Oakwood Healthcare Inc. | Margo Weinstein<br>SONNENSCHEIN NATH & ROSENTHAL<br>7800 Sears Tower<br>Chicago, IL  60606-6404<br>mweinstein@sonnenschein.com<br>Counsel for Trinity Health Corp. |
| Shari Ross Lahlou<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC  20004-2595<br>slahlou@crowell.com,<br>Counsel for Bon Secours Cottage Health Services | Michael R. Shumaker<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C.  20001-2113<br>mrshumaker@jonesday.com,<br>Counsel for St. John Health Partners |

- 4 -

| | |
|---|---|
| Sheldon H. Klein<br>BUTZEL LONG<br>150 W. Jefferson, Suite 100<br>Detroit, MI  48226-4430<br>klein@butzel.com<br>Counsel for William Beaumont Hospital | |

/s/ Charles N. Raimi
DETROIT MEDICAL CENTER,
LEGAL AFFAIRS
4707 St. Antoine
Suite W514
Detroit, MI  48201
(313) 966-2226
craimi@dmc.org

Date:  December 4, 2009