> **HIGHLY CONFIDENTIAL**
> **DO NOT DISCLOSE TO UNION**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAT CASON-MERENDA and
JEFFREY A. SUHRE on behalf of
themselves and all others similarly situated,

        Plaintiffs,        CASE NO.: 2:06-cv-15601

-v-        Hon. Gerald E. Rosen
        Magistrate: Donald A. Scheer

DETROIT MEDICAL CENTER,
HENRY FORD HEALTH SYSTEM,
MC LAREN HEALTH CARE CORP, d/b/a
MOUNT CLEMENS REGIONAL MEDICAL
CENTER, f/k/a MOUNT CLEMENS GENERAL
HOSPITAL, ST. JOHN HEALTH PARTNERS,
OAKWOOD HEALTHCARE INC., BON
SECOURS COTTAGE HEALTH SERVICES,
WILLIAM BEAUMONT HOSPITAL, and
TRINITY HEALTH CORP.,

        Defendants.
_____/

**DETROIT MEDICAL CENTER'S STIPULATED MOTION TO EXTEND TIME
TO RESPOND TO PLAINTIFFS' "MOTION TO STRIKE"**

    Defendant, Detroit Medical Center (DMC), states as follows for its motion to extend time to respond to plaintiffs' "motion to strike improper expert opinion evidence proffered by defendant Detroit Medical Center:"

    1. On December 21, 2009, plaintiffs filed their "motion to strike improper expert opinion evidence proffered by defendant Detroit Medical Center."

2. Plaintiffs' motion seeks to "strike" three illustrative charts which appeared in DMC's summary judgment briefs filed in April and June of 2009.

3. The undersigned will have sole responsibility for responding to the motion.

4. Due to other business commitments, and the holiday season, the undersigned is respectfully seeking a short extension, until January 18, 2010, to file DMC's response to the motion.

5. Plaintiffs' counsel has concurred in the relief requested in this motion.

6. A proposed Order is being submitted as a word document.

>DETROIT MEDICAL CENTER,
>LEGAL AFFAIRS
>
>By: /s/ Charles N. Raimi
>Charles N. Raimi (P29746)
>Attorney for defendant, Detroit Medical Center
>4707 St. Antoine, Suite W514
>Detroit, MI  48201
>E-Mail:  craimi@dmc.org
>(313) 966-2226

Dated:  December 23, 2009

## CERTIFICATE OF SERVICE

I, Charles N. Raimi, an attorney of record in this case, hereby certify that I have caused a copy of the foregoing to be served electronically on the following counsel of record this 23rd day of December, 2009.

| | |
|---|---|
| Stephen F. Wasinger<br>STEPHEN F. WASINGER PLC<br>26862 Woodward Avenue, Suite 100<br>Royal Oak, MI  48067-0958<br>E-mail:  sfw@sfwlaw.com<br>Counsel for plaintiffs | Mark A. Griffin<br>Keller Rohrback<br>1201 Third Avenue, Suite 3200<br>Seattle, WA  98101<br>E-mail:  mgriffin@kellerrohrback.com,<br>Counsel for plaintiffs |
| Charles P. Tompkins<br>COHEN, MILSTEIN, HAUSFELD & TOLL<br>1100 New York Avenue NW<br>West Tower, Suite 500<br>Washington, DC  20005<br>E-mail:  ctompkins@cmht.com<br>Counsel for plaintiffs | David P. Dean<br>JAMES & HOFFMAN<br>1101 17th Street, N.W., Suite 510<br>Washington, DC  20036<br>E-mail:  dpdean@jamhoff.com<br>Counsel for plaintiffs |
| David Marx, Jr.<br>McDERMOTT, WILL & EMERY<br>227 W. Monroe Street<br>Chicago, IL  60606<br>E-mail:  dmarx@mwe.com,<br>Counsel for Henry Ford Health System | David A. Ettinger<br>HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>660 Woodward Avenue, Suite 2290<br>Detroit, MI  48226-3506<br>E-mail:  dettinger@honigman.com,<br>Counsel for McLaren Health Care Corp. |
| Howard B. Iwrey<br>DYKEMA GOSSETT<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI  48304-2820<br>E-mail:  hiwrey@dykema.com<br>Counsel for Oakwood Healthcare Inc. | Margo Weinstein<br>SONNENSCHEIN NATH & ROSENTHAL<br>7800 Sears Tower<br>Chicago, IL  60606-6404<br>mweinstein@sonnenschein.com<br>Counsel for Trinity Health Corp. |
| Shari Ross Lahlou<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC  20004-2595<br>slahlou@crowell.com,<br>Counsel for Bon Secours Cottage Health Services | Michael R. Shumaker<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C.  20001-2113<br>mrshumaker@jonesday.com,<br>Counsel for St. John Health Partners |

- 4 -

| | |
|---|---|
| Sheldon H. Klein<br>BUTZEL LONG<br>150 W. Jefferson, Suite 100<br>Detroit, MI  48226-4430<br>klein@butzel.com<br>Counsel for William Beaumont Hospital | |

 

/s/ Charles N. Raimi
DETROIT MEDICAL CENTER,
LEGAL AFFAIRS
4707 St. Antoine
Suite W514
Detroit, MI  48201
(313) 966-2226
craimi@dmc.org

Date:  December 23, 2009

- 4 -