UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PAT CASON-MERENDA and JEFFREY A. SUHRE on behalf of themselves and others similarly situated, | Case No. 2:06-cv-15601-GER-DAS |
| Plaintiffs, | Hon. Gerald E. Rosen |
| v. | |
| VHS OF MICHIGAN, INC., d/b/a DETROIT MEDICAL CENTER. | |
| Defendant. | |

**ORDER GRANTING PRELIMINARY APPROVAL
TO SETTLEMENT WITH
VHS OF MICHIGAN, INC., d/b/a DETROIT MEDICAL CENTER
AND AUTHORIZING THE DISSEMINATION OF NOTICE**

Upon consideration of Plaintiffs' Motion for Preliminary Approval of Settlement with VHS of Michigan, Inc., d/b/a Detroit Medical Center, and after hearing from the parties to this settlement at a hearing on September 14, 2015, it is hereby **ORDERED** as follows:

1.   The Motion is **GRANTED**.

2.   The Court finds that the settlement set forth in the Class Settlement Agreement And Release ("Settlement Agreement") between Plaintiffs Pat Cason-Merenda and Jeffrey A. Suhre, (collectively "Plaintiffs"), as representatives of a certified Class, and Defendant VHS of Michigan, Inc., d/b/a Detroit Medical

Center ("DMC"), attached as Exhibit A to the Declaration of Raymond J. Farrow in Support of Motion for Preliminary Approval of the DMC Settlement ("Farrow Declaration"), is sufficiently fair, reasonable, and adequate to authorize dissemination of notice to the Class.

3. The Court approves the retention of Rust Consulting, Inc., to serve as Settlement Administrator.

4. Notice shall be provided to members of the Class. The Court approves the form of the Legal Notice of Class Action Settlement (the "Notice") attached as Exhibit B to the Farrow Declaration upon the condition that the content of the Notice, including all dates, times, and addresses, substantially conforms to the requirements of this Order. The Court further finds that the mailing of the Notice in the manner set forth below constitutes the best notice practicable under the circumstances, as well as valid, due and sufficient notice to all persons entitled thereto and comply fully with the requirements of Federal Rule of Civil Procedure 23 and the due process requirements of the United States Constitution.

5. Plaintiffs shall cause the Notice, substantially in the form of Exhibit B to the Farrow Declaration, to be mailed by first class mail, postage prepaid, to all members of the Class as identified by Defendants. Notice shall be mailed no later than forty (40) days after the date of this Order (the "Notice Date").

6. The Court will hold a hearing on final approval (the "Hearing") at the Theodore Levin United States Courthouse, Room 733, 231 W. Lafayette Blvd., Detroit, MI, 48226, to determine the fairness, reasonableness, and adequacy of the proposed settlement and whether the settlement should be finally approved and a final judgment entered thereon.  The date of this hearing will be **January 27, 2016 at 10:00 am**.  Any member of the Class who follows the procedure set forth in the Notice may appear and be heard at this hearing.  The hearing may be continued without further notice to the Class.

7. Plaintiffs shall file with the Court and serve their motion for final approval of the settlement, as well as any petition for an award of fees, no later than 45 calendar days prior to the date of the Hearing.

8. Any member of the Class who wishes to object to the terms of a settlement must do so in a writing filed with the Court and served on Class Counsel and counsel for DMC no later than twenty (20) calendar days prior to the date of the Hearing, and shall otherwise comply with the requirements set forth in the Notice.

9. No later than ten (10) calendar days before the date fixed by this Court for the Hearing, Class Counsel may file a response with the Court to any objections submitted pursuant to Paragraph 8 above.

10. Ten (10) calendar days before the date fixed by this Court for the Hearing, Class Counsel shall file with the Court affidavits or declarations of the person under whose general direction the mailing of the Notice was made showing that mailing was made in accordance with this order.

11. After the date of mailing of the Notice and within five (5) business days thereof, the Plaintiffs shall establish, place on line, and maintain a web site on the internet containing the documents and information set forth in the Settlement Agreement.

12. The litigation against DMC is stayed except to the extent necessary to effectuate the Settlement Agreement.

SO ORDERED.


Dated: September 14, 2015        s/Gerald E. Rosen
                                 Chief Judge, United States District Court


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 14, 2015, by electronic and/or ordinary mail.

                                 s/Julie Owens
                                 Case Manager, (313) 234-5135