UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PAT CASON-MERENDA and JEFFREY A. SUHRE on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br> v.<br><br>VHS of MICHIGAN, INC., d.b.a. DETROIT MEDICAL CENTER, et al.,<br><br>        Defendants. | Case No. 06-15601<br><br>Hon. Gerald E. Rosen |

**ORDER GRANTING PLAINTIFFS' MOTION TO DISTRIBUTE SETTLEMENT FUNDS AND PAY AND REIMBURSE FINAL EXPENSES**

Having received and reviewed Plaintiffs' Motion to Distribute Settlement Funds and Pay and Reimburse Final Expenses, all exhibits and declarations attached thereto, including the Declaration of Raymond J. Farrow and the Declaration of Chris Pikus, and any responses thereto, this Court makes the following findings and rulings.

(1) This Court approves the procedures used and actions taken by Rust Consulting and Class Counsel in disseminating the customized and generic claim forms to members of the Class. The Claim Forms were the Court-approved means by which class members could seek to share in funds obtained in the settlement with Defendant VHS Michigan, Inc., d.b.a Detroit Medical Center ("Settlement").

(2) The Court approves the procedures used and actions taken by Rust Consulting and Class Counsel for the administration of the Settlement. This includes all decisions regarding challenges to the Relevant Pay amount listed on all Custom Claim Forms or all disputes regarding the Relevant Pay of persons returning Generic Claim Forms, that was determined based upon analysis of the hospital payroll and human resource databases.

(3) The Court approves the claims submitted by the claimants (hereinafter the "Authorized Claimants") listed in Exhibit A to the Declaration of Chris Pikus, Senior Project Administrator for Rust Consulting, including those listed claimants

whose claims were received before May 6, 2016 even though postmarked after April 16, 2016.

(4)   The Court rejects the claims set forth in Exhibits B and C to the Declaration of Chris Pikus which are ineligible either (i) because the claimants are not members of any of the Class, or (ii) because the claimants failed to provide the necessary documentation (including failing to sign their form or provide an SSN), or (iii) because the Claimants failed to timely return a completed claim form.

(5)   The Court approves the disbursement of $38,455.57 from the Settlement Fund to reimburse Class Counsel for expenses incurred in connection with the processing of class member claims (including the costs of services provided by Rust Consulting, Cornerstone Research and services provided by Merrill/DTI), as described in the Declaration of Raymond J. Farrow.

(6)   The Court approves the withholding of applicable state and federal income taxes from class member distributions, as provided in the Declaration of Chris Pikus.

(8)   The Court authorizes Rust Consulting to distribute the Settlement Funds net of any expenses and payments awarded pursuant to this Order and prior Orders of this Court to the Authorized Claimants in proportion to their Relevant Pay, as provided by the Court-approved Plan of Allocation. The Authorized Claimants' percentage shares of the Net Settlement Fund are as set forth in Exhibit

A to the Declaration of Chris Pikus (except that if this percentage results in a payment less than $15 then the claimant will be sent $15). Federal and state income taxes will be withheld from each Authorized Claimant's distribution, as explained in the Declaration of Chris Pikus.

(9) The Court approves payment of any residual funds remaining after settlement checks expire (which shall be four months after the date of issuance) to an appropriate nursing scholarship fund at the Wayne State University College of Nursing.

IT IS THEREFORE ORDERED that the Plaintiffs' motion is GRANTED.

Dated: July 12, 2016  
  s/Gerald E. Rosen  
  U.S. District Court Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 12, 2016, by electronic and/or ordinary mail.

  s/Julie Owens  
  Case Manager, (313) 234-5135

3